UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------

In Re                                                  Case #:   23-70197

KARA M. FERRANTE

                                                                                    CHAPTER 13
                                                                                    NOTICE OF MOTION

                           Debtor
-------------------------------------------------------X

SIRS:

        PLEASE TAKE NOTICE, that upon the annexed application of the debtor, KARA M. FERRANTE, by her attorney, Robert H. Solomon, dated January 19, 2023, the undersigned will appear before this Court on the 15 day of February 2023 at 9:30 in the forenoon, or as soon thereafter as counsel may be heard, to move before the Honorable Robert E. Grossman, United States Bankruptcy Judge, in the Courtroom at 290 Federal Plaza, Room 860, Central Islip, New York, for an Order, pursuant to Section 362(c)(3)(B) of the United States Bankruptcy Code.

        PLEASE TAKE FURTHER NOTICE that responsive papers, if any, are to be served on the undersigned and filed with the Court no less than three (3) days prior to the return date of this motion.

Dated: January 19, 2023
       Long Beach, New York

                                                 Robert H. Solomon, P.C.

                                                 By: _____
                                               ROBERT H. SOLOMON, ESQ
                                               RHS3889
                                             24 East Park Avenue
                                             Long Beach, New York 11561
                                           516-432-1622

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------
In Re                                                                                    Case #: 23-70197

KARA M. FERRANTE                                                          Affirmation in Support


                                        Debtor
--------------------------------------------------------X

STATE OF NEW YORK ]
COUNTY OF NASSAU   ] ss.:

     ROBERT H. SOLOMON, an attorney duly admitted to practice before this Court states:

     1.     I am the attorney of record for the above-captioned debtor.

     2.     This affirmation is submitted in support of the application by the debtor for the entry of an Order, pursuant to 11 U.S.C. Sections 105 and 362(c)(3)(B) to continue the full force and effect of the automatic stay as to all other creditors.

     3.     This is the debtor's second Chapter 13 filing within the last twelve (12) months. The debtor filed her last case on August 26, 2020 (Case No. 20-72795). The prior case was dismissed by Order of this Court on December 27, 2022 upon Trustee's Motion to Dismiss.

     4.     The Debtor's prior case was based upon contributions which Debtor expected to receive from her sons. Sometime in April/May 2021 two of Debtor's sons moved out of her home and stopped making contributions to the Chapter 13 Plan because they began paying rent. In January 2022, Debtor's other son moved to Florida with his girlfriend whose mother was ill. In October 2022, Debtor's son and his girlfriend moved back into the residence and are paying rent to Debtor in the amount of $2,000.00

per month and it is expected they will continue to pay rent

5. Annexed hereto as Exhibit "A" is Debtor's Affidavit of Change in Circumstances. Annexed hereto as Exhibit "B" is Affidavit of Rent from Debtor's son with proof of income.

6. Based upon the foregoing, it is respectfully requested that the automatic stay be continued so that the Debtor be permitted the opportunity to continue to prosecute the instant Chapter 13 case.

7. No prior application has been made by the debtors for the specific relief sought herein. Further this application is being brought on shortened notice as a consequence of the Court's upcoming schedule and the hearing requirements of 11 U.S.C. Section 251 (c)(3)(B).

WHEREFORE, the debtors respectfully requests that an Order be entered, pursuant to 11 U.S.C. Sections 105 and 362(c)(3)(B), continuing the full force and effect of the automatic stay as to all creditors during the prosecution of this Chapter 13 case, and that the Debtor be granted such other and further relief as this Court deems just and proper.

Dated: January 19, 2023
      Long Beach, New York

                                            Robert H. Solomon (RHS3889)
                                            Attorney for the Debtor

# EXHIBIT "A"

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------

In Re                                                                  Case #: 23-70197

KARA M. FERRANTE                                        AFFIDAVIT OF CHANGE
                                                                              IN CIRCUMSTANCES

          Debtor
------------------------------------------------------X

STATE OF NEW YORK
COUNTY OF NASSAU } ss.:

KARA M. FERRANTE, being duly sworn, does hereby depose and say that:

1.    I am the Debtor in the instant case, and I am making this affidavit in support of this Court's acceptance of my Chapter 13 Petition. I submit this affidavit in support of my motion for an order pursuant to § 362(c)(3) extending the Automatic Stay against all creditors beyond the thirty (30) day period in this proceeding.

2.    This affirmation is submitted in support of the application by the debtor for the entry of an Order, pursuant to 11 U.S.C. Sections 105 and 362(c)(3)(B) to continue the full force and effect of the automatic stay as to all creditors.

3.    I previously filed a voluntary petition for relief under Chapter 13 of Title 11 of the United States Code on August 26, 2020 (Case No. 20-72795). The prior case was dismissed by Order of this Court on December 27, 2022 upon Trustee's Motion to Dismiss.

4.    My prior case was based upon contributions which I expected to receive from my sons, Michael Ferrante, Christopher Ferrante and James Ferrante. Some time in April/May 2021 both Michael and Christopher moved out of my home and stopped making contributions to the Chapter 13 Plan because they began paying rent.

5.  In January 2022, my son James moved to Florida with his girlfriend whose mother was ill. James was exploring the possibility of relocating to Florida to assist with the care of his girlfriend's mother. Because of another child moving in with the girlfriend's mother to assist with her care, James decided to return to New York. During the time he was in Florida he was not contributing to my Chapter 13 Plan.

6.  In October 2022, James and his girlfriend moved back into my residence and are paying rent to me in the amount of $2,000.00 per month. It is expected they will continue to pay rent in the amount of $2,000.00 per month and he will be submitting an Affidavit of Contribution with proof of income to support this obligation.

7.  Moreover, my prior obligation under my previous bankruptcy case was $2,329.00. My new obligation under this Plan is $2,052.00 which is supported by the budget I have submitted.

8.  No prior application has been made for the specific relief sought herein. Further this application is being brought on shortened notice as a consequence of the Court's upcoming schedule and the hearing requirements of 11 U.S.C. Section 251 (c)(3)(B).

WHEREFORE, in view of the foregoing, it is respectfully requested that this Honorable Court enter an Order pursuant to 11 U.S.C. §362(c)(3) extending the

Automatic Stay against all creditors and for such other and further relief as this Court may deem just and proper.

Dated: January 6, 2023
       Long Beach, New York

                                                      Kara M. Ferrante

Sworn to before me this 6
day of January 2023

_____
Notary Public

JULIANNE ROBINSON
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 01RO6404596
Qualified in Nassau County
Commission Expires February 24, 2024

# EXHIBIT "B"

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
In Re

    **KARA FERRANTE**

                    **Debtor.**
-------------------------------------------------------------X

RHS3889

**AFFIDAVIT OF RENT**

Chapter 13
Case No.: **23-70197**

JAMES FERRANTE, residing at 133 Wilson Avenue, Long Beach, New York 11561, being duly hereby swears and affirms under penalty of perjury as follows:

1. That my mother is the debtor in the above-captioned proceeding, and I submit this affidavit in support of her case.

2. My source of income is working at Atlantic Towers Associates.

3. My monthly gross income is $4,701.80 and my monthly net income is $3,426.49.

4. I live at my mother's house together with my girlfriend Molly Jussen who is full time employed in accounting at a Jeep dealership in Inwood, New York.

5. Between Molly and me we are able to pay my mother rent in the amount of $2,000.00 per month.

                                                          */s/ James Ferrante*
                                                         JAMES FERRANTE

Sworn to before me this 11th
day of        January 2023

*/s/ Cynthia Norton Verbin*
Notary Public

CYNTHIA NORTON VERBIN
Notary Public, State of New York
No. [illegible]
Qualified in [illegible]
Commission expires March 31, 2023

➡ FOLD AND REMOVE

## PERSONAL AND CHECK INFORMATION

James T Ferrante
133 Wilson Ave
Long Beach, NY 11561
Soc Sec #: xxx-xx-xxxx    Employee ID: -101

Home Department: 300 Porter

Pay Period: 10/05/22 to 10/15/22
Check Date: 10/20/22 · Check #: 410391021 7

### NET PAY ALLOCATIONS

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 790.79 | 35605.78 |
| **NET PAY** | **790.79** | **35605.78** |

### EARNINGS

| | BASIS OF | DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|---|
| | PAY | Hourly | 40.00 | 27.1258 | 1085.03 | 1512.00 | 40474.18 |
| | | Personal Time | | | | 8.00 | 211.61 |
| | | Retro | | | | | 162.00 |
| | | Union Sign Bonus | | | | | 3000.00 |
| | | Overtime | | | | 40.00 | 1595.15 |
| | | Sick | | | | 80.00 | 2143.08 |
| | | Vacation | | | | 80.00 | 2143.06 |
| | | Personal-Memo | | | | | M8.00 |
| | | Sick Hou-Memo | | | | | M80.00 |
| | | Vac Memo-Memo | | | | | M80.00 |
| | **Total Hours** | | **40.00** | | | | |
| | **Gross Earnings** | | | | **1085.03** | **1720.00** | **49729.08** |
| | **Total Hrs Worked** | | **40.00** | | | | |

### WITHHOLDIN GS

| DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 67.27 | 3083.20 |
| Medicare | | 15.73 | 721.07 |
| Fed Income Tax | S  0 | 130.51 | 6039.99 |
| NY Income Tax | S  0 | 49.59 | 2272.14 |
| NY Disability | | 0.60 | 27.80 |
| NY PFL | | 5.54 | 254.10 |
| **TOTAL:** | | **269.24** | **12398.30** |

### DEDUCTION

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| 401k | 25.00 | 1050.00 |
| Uniondues | | 675.00 |
| **TOTAL:** | **-25.00** | **1725.00** |

**NET PAY**    THIS PERIOD ($)  790.79    YTD ($) 35605.78

## PERSONAL AND CHECK INFORMATION

James T Ferrante
133 Wilson Ave
Long Beach, NY 11561
Soc Sec #: xxx-xx-xxxx    Employee ID: 101

Home Department: 300 Porter

Pay Period: 12/16/22 to 12/16/22
Check Date: 12/16/22    Check #: 4103910457

### NET PAY ALLOCATIONS

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 208.66 | 39865.36 |
| NET PAY | 208.66 | 39865.36 |

## EARNINGS

| BASIS OF PAY | DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|
| | Hourly | | | | 1728.0000 | 4633.35 |
| | Personal Time | | | | 8.0000 | 211.61 |
| | Retro | | | | | | 162.00 |
| | Union Sign Bonus | | | | | 3000.00 |
| | Overtime | | | | 40.0000 | 1595.15 |
| | Bonus | | | 250.00 | | 250.00 |
| | Sick | | | | 80.0000 | 2143.08 |
| | Vacation | | | | 80.0000 | 2143.06 |
| | Personal-Memo | | | | | M8.00 |
| | Sick Hou-Memo | | | | | M80.00 |
| | Vac Memo-Memo | | | | | M80.00 |
| | Total Hours | | | | 1936.0000 | |
| | Gross Earnings | | | 250.00 | | 55838.25 |
| | Total Hrs Worked | | | | | |

## WITHHOLDINGS

| DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 15.50 | 3461.97 |
| Medicare | | 3.62 | 809.65 |
| Fed Income Tax | S 0 | 16.63 | 6748.67 |
| NY Income Tax | S 0 | 4.31 | 2535.89 |
| NY PFL | | 1.28 | 285.31 |
| NY Disability | | | 31.40 |
| TOTAL | | 41.34 | 13872.89 |

## DEDUCTION

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| 401k | | 1200.00 |
| Union Dues Prio | | 75.00 |
| Uniondues | | 825.00 |
| TOTAL | | 2100.00 |

| | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| NET PAY | 208.66 | 39865.36 |

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X
IN RE:

KARA M. FERRANTE                                  Case No.: 23-70197
                                                  CHAPTER 13

                    Debtor(s)         CERTIFICATE OF SERVICE

-------------------------------------------------------X

I certify that on the date shown below I mailed a copy of the Notice of Motion to Extend the Automatic Stay, Affirmation in Support and Affidavit of Change in Circumstances to the parties listed below.

U.S. Trustee, 560 Federal Plaza, Central Islip, New York
Michael J. Macco, Esq. 2950 Express Drive South, Suite 109, Islandia, New York 11749
Kara M. Ferrante, 133 Wilson Avenue, Long Beach, New York 11561
Wells Fargo Bank NA, Attn: Bankruptcy Dept Mac X7801-014, 3476 Stateview Blvd., Fort Mill, SC, 29715-7203

at the address(es) designated by said attorney and party for that purpose by depositing a true copy of same to each attorney and party, enclosed in a postpaid properly addressed wrapper, VIA first class mail in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

Dated: January    20    , 2023
       Long Beach, New York

                                         _____
                                         Robert H. Solomon

UNITED STATES BANKRUPTCY COURT FOR THE
EASTERN DISTRICT OF NEW YORK          **RHS 3889**

Case No. **23-70197**

IN RE:

**KARA M. FERRANTE**

Debtor(s).

**NOTICE OF MOTION TO EXTEND AUTOMATIC STAY, AFFIRMATION IN SUPPORT & AFFIDAVIT OF CHANGE IN CIRCUMSTANCES**

**ROBERT H. SOLOMON**

**Attorney for Debtor(s)**

**24 East Park Avenue
Post Office Box 58
Long Beach, NY 11561**

**(516) 432-1622**